# EXHIBIT Y

IN THE TRIAL COURT FOR THE COUNTY OF BERRIEN

THE PEOPLE OF THE
STATE OF MICHIGAN,

        Plaintiff,

-v-

DARREN NEIL TOWNES,

        Defendant.
_____/

TRIAL COURT NOS. 2012-016135-FH
2012-015122-FH
2011-016168-FH

MICHAEL J. SEPIC (P29932)
Prosecuting Attorney
Berrien County Prosecutor's Office
811 Port St.
St. Joseph, MI 49085
(269) 983-7111 Ext. 8311
_____/


FILED MAY 3

## MOTION TO SET ASIDE CONVICTIONS AND DISMISS CASES

The People of the State of Michigan, by Michael J. Sepic, Berrien County Prosecutor, move this Court to set aside the convictions of Defendant in the above-captioned cases, dismiss the charges, and discharge Defendant from any remaining sentences imposed in these matters for the reason that newly-discovered evidence indicates that Defendant was not required to register as a sex offender at the time of those offenses. See attached Michigan Department of Corrections Letter of April 29, 2016; Michigan Department of State Police Letter of April 28, 2016; Judgment of Conviction.

DATED: MAY 3, 2016

FILED MAY -3 2016
BERRIEN COUNTY CLERK

_____
MICHAEL J. SEPIC (P29932)
BERRIEN COUNTY PROSECUTOR

## ORDER GRANTING MOTION

At a session of court held in the
Berrien County Courthouse in
St. Joseph, Michigan, on the 3rd day of May, 2016

PRESIDING: HONORABLE ANGELA M. PASULA, TRIAL COURT JUDGE

This matter having come before the Court on the Prosecutor's Motion to Set Aside Convictions and Dismiss Cases, and the Court being fully advised, Defendant's convictions must be set aside, the charges against him must be dismissed, and Defendant must be discharged from any remaining sentences imposed in this matter.

IT IS SO ORDERED.

DATE: 5-3-16

_____
HONORABLE ANGELA M. PASULA
Berrien County Trial Court Judge