UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN TOWNES,

    Plaintiff,

v.

CARA WILKINSON, et al.,

    Defendants.

_____/

Case No. 1:18-cv-201

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED for failure to state a claim.

Dated: August 27, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge